IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONNIE LECHARLES LANDON, <br> TDCJ No. 00699224, ET AL., <br><br> Plaintiffs, <br><br> V. <br><br> RHONDA HUGHEY, ET AL., <br><br> Defendants. | § § § § § § § § § § § | No. 3:25-cv-1346-E |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ADOPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 7th day of August, 2025.

*[signature]*
Ada Brown
UNITED STATES DISTRICT JUDGE